1
2
3
4

**William F. Abbott**
**211 Gough Street, Suite 201**
**San Francisco, CA 94102**
**Telephone (415) 863-9337**
**Facsimile   (415 863-9318**
**billabbott@earthlink.net**

5

**Attorney for Plaintiffs**
**MATTHEW A. LEVINE and DIANE DUERR-LEVINE**

6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  **MATTHEW A. LEVINE and**<br>**DIANNE DUERR-LEVINE,** ) | **Case No. 3:12-cv-02772 SC** |
| 11  ) | **STIPULATION TO TRANSFER** |
| **Plaintiffs.** ) | **TO SAN JOSE DIVISION** |
| 12  ) | |
| **v.** ) | |
| 13  ) | |
| **CITIMORTGAGE, INC.; VERDUGO** ) | |
| 14  **TRUSTEE SERVICE CORP. and** ) | |
| **MORTGAGE ELECTRONIC** ) | |
| 15  **REGISTRATION SYSTEMS, INC.,** ) | |
| ) | |
| 16  ) | |
| **Defendants.** ) | |
| 17 | |

18     The parties herein, through their undersigned attorneys, hereby stipulate to the transfer of

19   this case to the San Jose Division of the United State District Court, and represent as follows:

20     1.     The gravamen of the Complaint herein is to Quiet Title to Real Property located in

21   Santa Clara County, California.

22     2.     Pursuant to Civil Local Rules 3-2(c) and 3-2(e), this case should have been

23   commenced in the San Jose Division of the District Court because it arose in Santa Clara County.

24     3.     Plaintiffs' previous counsel, for some unknown reason, filed this case in the wrong

25   Division of the District Court.

26     4.     Plaintiffs had no knowledge of their counsel's improper filing, and desire to litigate

27   this matter in San Jose, which will avoid considerable inconvenience and loss of time.

28     5.     Defendants will suffer no prejudice from, and do not Object to, an intra-District

transfer.

1    6.    The parties further agree that Defendants shall have twenty (20) days from the date

2    of service of the Order Assigning the San Jose Judge after the Transfer of Venue by which to file

3    their response to the Complaint filed herein on May 30, 2012.

4    Date: September 28, 2012          _/s/ William F. Abbott_
                                        WILLIAM F. ABBOTT
5                                       Attorney for Plaintiffs

6
     Date: September 28, 2012          _/s/ Kimberly A. Paese_
7                                       Kimberly A. Paese
                                        WOLFE & WYMAN LLP
8                                       Attorney for Defendants

9

10

11

12                                      IT IS SO ORDERED

13                                      Judge Samuel Conti

14

15                                      10/5/12

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **CERTIFICATE OF SERVICE BY MAIL**

2        I, WILLIAM F. ABBOTT, declare as follows:

3        I am an attorney at law duly admitted to practice before the United States District Court for

4    the Northen District of California, am an active  member of the State Bar of California, and am

5    attorney of record herein for Plaintiffs MATTHEW A. LEVINE and DIANE DUERR-LEVINE.

6    On September 29, 2012, I served copies of the following documents: STIPULATION TO

7    TRANSFER TO SAN JOSE DIVISION by first class mail to the following:

8    Brian H. Gunn
    Kimberly A Paese
9    WOLFE & WYMAN LLP
    2175 North California Boulevard, Suite 645
10   Walnut Creek, CA 9596-3502
    Attorney for Defendants

11

12       I declare under penalty of perjury under the laws of the United States of America that the

13   foregoing is true and correct and that this Declaration was executed at San Francisco, California

14   on September 29 , 2012.

15                                */s/ William F. Abbott*

16                                WILLIAM F. ABBOTT

17

18

19

20

21

22

23

24

25

26

27

28

*Levine v. Citimortgage, Inc., et. al.*, Case No.
**CERTIFICATE OF SERVICE**