**William F. Abbott**
**211 Gough Street, Suite 201**
**San Francisco, CA 94102**
**Telephone (415) 863-9337**
**Facsimile   (415 863-9318**
**billabbott@earthlink.net**

**Attorney for Plaintiffs**
**MATTHEW A. LEVINE and DIANE DUERR-LEVINE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW A. LEVINE and DIANNE DUERR-LEVINE,** | Case No. 3:12-cv-02772 SC |
| **Plaintiffs.** | **STIPULATION TO TRANSFER TO SAN JOSE DIVISION** |
| v. | |
| **CITIMORTGAGE, INC.; VERDUGO TRUSTEE SERVICE CORP. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | |
| **Defendants.** | |

    The parties herein, through their undersigned attorneys, hereby stipulate to the transfer of this case to the San Jose Division of the United State District Court, and represent as follows:

    1.    The gravamen of the Complaint herein is to Quiet Title to Real Property located in Santa Clara County, California.

    2.    Pursuant to Civil Local Rules 3-2(c) and 3-2(e), this case should have been commenced in the San Jose Division of the District Court because it arose in Santa Clara County.

    3.    Plaintiffs' previous counsel, for some unknown reason, filed this case in the wrong Division of the District Court.

    4.    Plaintiffs had no knowledge of their counsel's improper filing, and desire to litigate this matter in San Jose, which will avoid considerable inconvenience and loss of time.

    5.    Defendants will suffer no prejudice from, and do not Object to, an intra-District transfer.

6. The parties further agree that Defendants shall have twenty (20) days from the date of service of the Order Assigning the San Jose Judge after the Transfer of Venue by which to file their response to the Complaint filed herein on May 30, 2012.

Date: September 28, 2012        /s/ William F. Abbott
                                WILLIAM F. ABBOTT
                                Attorney for Plaintiffs

Date: September 28, 2012        /s/ Kimberly A. Paese
                                Kimberly A. Paese
                                WOLFE & WYMAN LLP
                                Attorney for Defendants

**IT IS SO ORDERED**
Judge Samuel Conti
10/5/12
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Levine v. Citimortgage, Inc., et. al.*, **Case No. 3:12-cv-2772 SC**
**STIPULATION TO TRANSFER TO SAN JOSE DIVISION**                                 2

**CERTIFICATE OF SERVICE BY MAIL**

I, WILLIAM F. ABBOTT, declare as follows:

I am an attorney at law duly admitted to practice before the United States District Court for the Northen District of California, am an active member of the State Bar of California, and am attorney of record herein for Plaintiffs MATTHEW A. LEVINE and DIANE DUERR-LEVINE. On September 29, 2012, I served copies of the following documents: STIPULATION TO TRANSFER TO SAN JOSE DIVISION by first class mail to the following:

Brian H. Gunn
Kimberly A Paese
WOLFE & WYMAN LLP
2175 North California Boulevard, Suite 645
Walnut Creek, CA 9596-3502
Attorney for Defendants

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at San Francisco, California on September 29 , 2012.

                                       */s/ William F. Abbott*
                                       WILLIAM F. ABBOTT