Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Andrew A. Bao (SBN 258594)
aabao@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
CITIMORTGAGE, INC.; VERDUGO TRUSTEE SERVICE CORPORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.



GRANTED
Judge Edward J. Davila

10/31/2012

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW A. LEVINE, individually; DIANE DUERR-LEVINE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC.; VERDUGO TRUSTEE SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:12-cv-02772-EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Hon. Edward J. Davila |

Defendants CITIMORTGAGE, INC., VERDUGO TRUSTEE SERVICE CORPORATION, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter, "Defendants") and plaintiffs MATTHEW A. LEVINE and DIANE DUERR-LEVINE (hereinafter,"Plaintiffs") hereby stipulate that the time for Defendants to respond to the complaint filed by Plaintiffs on

///

///

///

1  May 30, 2012, and served upon Defendants on July 13, 2012, shall be, and hereby is, further

2  extended from November 1, 2012, up to and including November 21, 2102.

3      **IT IS SO STIPULATED.**

4  DATED: October ____, 2012        WOLFE & WYMAN LLP

6              By: /s/ Andrew A. Bao
7                 BRIAN H. GUNN
               ANDREW A. BAO
8              **Attorneys for Defendants**
            **CITIMORTGAGE, INC.; VERDUGO TRUSTEE**
9              **SERVICE CORPORATION; AND MORTGAGE**
            **ELECTRONIC REGISTRATION SYSTEMS,**
10             **INC.**

11 DATED: October ____, 2012

13             By: /s/ William F. Abbott (with authorization)
14                WILLIAM F. ABBOTT
            **Attorneys for Plaintiffs**
15             **MATTHEW A. LEVINE and**
            **DIANE DUERR-LEVINE**

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1230561.1