William F. Abbott
211 Gough Street, Suite 201
San Francisco, CA 94102
Telephone (415) 863-9337
Facsimile   (415) 863-9318
billabbott@earthlink.net

**Attorney for Plaintiffs**
MATTHEW A. LEVINE and DIANE DUERR-LEVINE

*IT IS SO ORDERED*
*/s/ Edward J. Davila*
Judge Edward J. Davila

11/28/2012

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. LEVINE and DIANNE DUERR-LEVINE,<br><br>Plaintiffs.<br><br>v.<br><br>CITIMORTGAGE, INC.; VERDUGO TRUSTEE SERVICE CORP. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | Case No. 5:12-cv-02772 EJD |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
{Fed. R. Civ. Proc. 41(a)(1)(A)(I), 41(a)(1)(B)}

Plaintiffs MATTHEW A. LEVINE and DIANNE DUERR-LEVINE, through their undersigned attorney of record, hereby Dismiss This Action Without Prejudice, pursuant to Federal Rules of Civil Procedure, Rules 41(a)(1)(A)(I) and 41(a)(1)(B).

The Clerk shall close this file.

Date: November 27, 2012        */s/ William F. Abbott*
                               WILLIAM F. ABBOTT
                               Attorney for Plaintiffs

---

*Levine v. Citimortgage, Inc., et. al.*, Case No. 5:12-cv-2772 EJD
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**                1

**CERTIFICATE OF SERVICE BY E-MAIL**

I, WILLIAM F. ABBOTT, declare as follows:

I am an attorney at law duly admitted to practice before the United States District Court for the Northen District of California, and am attorney of record herein for Plaintiffs MATTHEW A. LEVINE and DIANE DUERR-LEVINE. On November 27, 2012, I served copies of the following documents: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE by E-mail to the following:

Brian H. Gunn
Andrew A. Bao
WOLFE & WYMAN LLP
2175 North California Boulevard, Suite 645
Walnut Creek, CA 9596-3502
Attorney for Defendants
E-Mail: <aabao@wolfewyman.com>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at San Francisco, California on November 27 , 2012.

　　　　　　　　　　　　　　　　　　　　/s/ William F. Abbott
　　　　　　　　　　　　　　　　　　　　WILLIAM F. ABBOTT

*Levine v. Citimortgage, Inc., et. al.*, Case No. 5:12-CV-02772 EJD
**CERTIFICATE OF SERVICE**

2